*Marian F. Harrison*
Marian F. Harrison
US Bankruptcy Judge

Dated: 1/28/2015



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | **Case No. 03:14-bk-03954** |
| LUTHER DANIEL MAYNARD, ) | **Chapter 7** |
| ) | **Judge Marian F. Harrison** |
| Debtor. ) | |
| _____ ) | |
| ) | |
| AMERICAN BUILDERS & CONTRACTORS ) | |
| SUPPLY CO., INC. D/B/A ABC SUPPLY CO., ) | |
| INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Adversary No. 3:14-ap-90336** |
| ) | |
| LUTHER DANIEL MAYNARD, ) | |
| ) | |
| Debtor/Defendant. ) | |

### AGREED ORDER OF DISMISSAL OF ALL CLAIMS

Come the parties, by themselves and/or through counsel, pursuant to Rule 7041 of the Bankruptcy Rules and by agreement would advise the Court that all claims in this case, both the claims of Plaintiff, American Builders & Contractors Supply Co., Inc. d/b/a ABC Supply Co., Inc. ("ABC") as well as the Counter-Claim asserted by the Debtor / Defendant, Luther Daniel Maynard, are herein nonsuited and dismissed with prejudice to the refiling of the same. The Chapter 7 Trustee, Eva Lemeh, joins in this Agreed Order for the purpose of consenting to the

dismissal of the claims in this case, however, nothing in this Agreed Order of Dismissal of All Claims shall prejudice the Trustee's right to file a separate action against the Debtor / Defendant under 11 U.S.C. § 727 or otherwise. It is accordingly

ORDERED that all claims in this cause, both Plaintiff's claims for relief as well as the Counter-Claim asserted by the Debtor / Defendant are herein nonsuited and dismissed with prejudice to the refiling of the same.

> THIS ORDER WAS SIGNED AND ENTERED ELECTRONICALLY AS INDICATED
> AT THE TOP OF THE FIRST PAGE

Prepared For Entry By:

/s/David M. Smythe
David M. Smythe
SMYTHE & HUFF
144 Second Avenue, North
Suite 333
Nashville, Tennessee 37201
(615) 255-4849 – Phone
dsmythe@smythehuff.com
Attorneys for Plaintiff, American
Builders & Contractors Supply Co.,
Inc. dba ABC Supply Co., Inc.


/s/David F. Cannon
David F. Cannon
346 21st Avenue, North
Nashville, Tennessee 37203-1348
(615) 321-8787 – Phone
dcannon@davidcannon.net
Attorney for Luther Daniel Maynard


By: /s/Luther D. Maynard
    Luther Daniel Maynard, Individually

/s/Eva M. Lemeh
Eva Marie Lemeh, Esq.
4300 Kings Lane
Nashville, Tennessee 37204
(615) 876-4862 – Phone
elemehtrustee@comcast.net
Chapter 7 Trustee

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the foregoing has been served via Electronic Mail ECF and/or United States Mail, certified mail, return receipt requested and postage prepaid to the following person:

>U.S. Trustee
>Office of the United States Trustee
>701 Broadway, Suite 318
>Nashville, TN 37203-3966

this 27th day of January, 2014.

/s/David M. Smythe
David M. Smythe

3

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.

Case 3:14-ap-90336   Doc 20   Filed 01/29/15   Entered 01/29/15 06:57:26   Desc Main
Document      Page 3 of 3